UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Derrick Eugene Williams                                 Docket No. 5:18-CR-059-1D

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derrick Eugene Williams, who, upon an earlier plea of guilty to Possession with Intent to Distribute Cocaine Base "Crack" and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Catherine C. Eagles, Middle District of North Carolina, on June 7, 2012, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Derrick Eugene Williams was released from custody on March 24, 2017, at which time the term of supervised release commenced.

On February 2, 2018, the court in the Middle District of North Carolina was notified of the defendant being charged with misdemeanor Larceny in Wake County District Court. This case was ultimately dismissed.

On February 28, 2018, jurisdiction in this case was transferred to the Eastern District of North Carolina.

On July 11, 2018, the court was notified of the defendant testing positive for the use of marijuana. The court continued him on supervision without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 9, 2018, Williams submitted a urinalysis test which confirmed positive for the presence of cocaine. Williams has been directed to continue substance abuse treatment at First Step Services, Raleigh, North Carolina, in both group and individual counseling sessions. Furthermore, he was encouraged to consider in-patient treatment options in light of the severity of substance use. To address this continued non-compliant behavior, and in an effort to deter future illegal drug use, we are recommending that the defendant complete 30 days of curfew via electronic monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Derrick Eugene Williams
Docket No. 5:18-CR-059-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,   I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: August 28, 2018

## ORDER OF THE COURT

Considered and ordered this __30__ day of __August__, 2018, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge